Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (SBN 244863)
gu@turnerboyd.com
Jacob Zweig (SBN 296129)
zweig@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Fax: (650) 521-5931

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALCYON HORIZONS, INCORPORATED, a California corporation, d/b/a ELEVATE ADDICTION SERVICES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DELPHI BEHAVIORAL HEALTH GROUP, LLC, a Delaware corporation, and ELEVATE RECOVERY, LLC, a Delaware corporation, d/b/a ELEVATE RECOVERY CENTER,<br><br>　　　　　　　　　Defendants. | Case No. 3:17-cv-1886-JST<br><br>Related Case No. 3:17-cv-00756-JST<br><br>**STIPULATION REQUESTING ORDER ON BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (D.I. 12) AND DEFENDANTS' MOTION TO DISMISS (D.I. 29)** |

| | |
|---|---|
| 1 | Pursuant to L.R. 6-2, Plaintiff Halcyon Horizons, Incorporated d/b/a Elevate Addiction |
| 2 | Services ("Plaintiff") and Defendants Delphi Behavioral Health Group, LLC and Elevate Recovery, |
| 3 | LLC ("Defendants") jointly request the Court enter the following briefing and hearing schedule on |
| 4 | Plaintiff's Motion for Preliminary Injunction (D.I. 12) and Defendants' Motion to Dismiss (D.I. 29) |
| 5 | as follows. Because the deadline on Defendants' Opposition to the Preliminary Injunction Motion is |
| 6 | today, <u>the parties condition this stipulation on an order being entered before 6 p.m. today</u>. |
| 7 | The proposed stipulated dates would consolidate the hearing on these two motions, which are |
| 8 | presently set for June 15 and June 22, respectively, on June 22, 2017. The proposed and agreed- |
| 9 | upon schedule, if approved by the Court, is: |

- Defendants' Opposition to the Preliminary Injunction Motion shall be filed on or before May 15, 2017.
- Plaintiff's Reply in support of the Preliminary Injunction Motion shall be filed on or before June 1, 2017.
- Plaintiff's Opposition to the Motion to Dismiss shall be filed on or before June 1, 2017.
- Defendants' Reply in support of the Motion to Dismiss shall be filed on or before June 8, 2017.
- Hearing shall be set on both the Preliminary Injunction Motion and the Motion to Dismiss on June 22, 2017, at 2:00 p.m.

The parties also jointly agree and request that the Court enter an order enlarging the page limit for Plaintiff's Reply in support of the Preliminary Injunction Motion to 25 pages. **Given the new briefing schedule, however, the Court encourages the parties to consider whether the standard page limits are sufficient.**

Defendants agree that they will not assert that Plaintiff's agreement to this stipulation constitutes further delay in seeking relief on its Preliminary Injunction Motion.

The parties are currently discussing possibilities for settlement and a continuance of the briefing dates, as proposed below, may better facilitate such resolution. Because the deadline on

| | | |
|---|---|---|
| 1 | Defendants' Opposition to the Preliminary Injunction Motion is today, <u>the parties condition this</u> | |
| 2 | <u>stipulation on an order being entered before 6 p.m. today</u>. | |
| 3 | | |
| 4 | | |
| 5 | Dated: May 4, 2017 | By: */s/ Jennifer Seraphine* |
| 6 | | Jennifer Seraphine (SBN 245463) |
| | | seraphine@turnerboyd.com |
| 7 | | Zhuanjia Gu (SBN 244863) |
| | | gu@turnerboyd.com |
| 8 | | TURNER BOYD LLP |
| 9 | | Attorneys for Plaintiff |
| 10 | | |
| 11 | | By: */s/ Seth A. Gold* |
| 12 | | Seth A. Gold |
| | | Rebecca Liu |
| 13 | | Peter E. Soskin |
| | | K&L GATES LLP |
| 14 | | |
| 15 | | Attorneys for Defendants |

### ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have permission to sign for counsel for Defendants.

*Jennifer Seraphine*

SO ORDERED:

Dated: May 4, 2017

United States District Court Judge
Honorable Jon S. Tigar