Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Zhuanjia Gu (SBN 244863)
gu@turnerboyd.com
Jacob Zweig (SBN 296129)
zweig@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Fax: (650) 521-5931

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HALCYON HORIZONS, INCORPORATED, a California corporation, d/b/a ELEVATE ADDICTION SERVICES,<br><br>               Plaintiff,<br><br>   v.<br><br>DELPHI BEHAVIORAL HEALTH GROUP, LLC, a Delaware corporation, and ELEVATE RECOVERY, LLC, a Delaware corporation, d/b/a ELEVATE RECOVERY CENTER,<br><br>               Defendants. | Case No. 3:17-cv-1886-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Halcyon Horizons, Incorporated d/b/a Elevate Addiction Services and Defendants Delphi Behavioral Health Group, LLC and Elevate Recovery, LLC stipulate that, pursuant to a Confidential Settlement Agreement reached between the parties, the above-captioned action is dismissed with prejudice in its entirety, each party is to bear its own costs and attorneys' fees, and the Court to retain jurisdiction over implementation of the terms of the settlement for a period of 90 days.

Dated:  July 5, 2017

By: */s/ Jennifer Seraphine*
    Jennifer Seraphine (SBN 245463)
    seraphine@turnerboyd.com
    Zhuanjia Gu (SBN 244863)
    gu@turnerboyd.com
    TURNER BOYD LLP
    Attorneys for Plaintiff

By: */s/ Seth Gold*
    Seth A. Gold
    Rebecca Liu
    Peter E. Soskin
    K&L GATES LLP
    Attorneys for Defendants

IT IS SO ORDERED:

Dated:  July 5, 2017

Honorable Jon S. Tigar
United States District Judge

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have permission to sign the above document for counsel for Defendants.

_Jennifer Seraphine_